UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.S., individually, et al.,<br><br>                        Plaintiffs,<br><br>  -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                        Defendant. | CIVIL ACTION NO. 25 Civ. 5076 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on September 3, 2025, on or before **September 8, 2025**, Defendant shall file a letter on the docket advising whether it is willing to participate in a Settlement Conference with the Court or intends to proceed to motion practice.

Dated:      New York, New York
              September 3, 2025

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**