UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

C.S., <u>individually, et al.</u>,                     :
                                                        :
                            Plaintiffs,                 :
                                                        :
            -against-                                   :
                                                        :
NEW YORK CITY DEPARTMENT OF          :      1:25-cv-05076 (ALC) (SLC)
EDUCATION,                                              :
                                                        :      <u>ORDER</u>
                            Defendant.                  :
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 14, 2025, Plaintiffs filed a letter motion to compel Defendant to withdraw or strike documents included in the Motion for Summary Judgement. The Court directs the parties to brief the issue and sets the following briefing schedule:

Defendant's Opposition:              October 21, 2025

Plaintiff's Reply:                   October 27, 2025


**SO ORDERED.**

**Dated:   October 15, 2025**

     **New York, New York**                     **ANDREW L. CARTER, JR.**
                                                **United States District Judge**