**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **C.S., individually, et al.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**NEW YORK CITY DEPARTMENT OF EDUCATION,**<br><br>**Defendant.** | **1:25-cv-05076 (ALC) (SLC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As this Court has just published its Opinion and Order ruling on the pending motions for summary judgement, the Clerk of Court is respectfully directed to close this matter.

**SO ORDERED.**

**Dated: September 22 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**